IN THE SUPREME COURT OF NORTH CAROLINA

 2021-NCSC-40

 No. 225A20

 Filed 16 April 2021

 STATE OF NORTH CAROLINA

 v.
 ROBERT PRINCE

 Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of

 the Court of Appeals, 843 S.E.2d 700 (N.C. Ct. App. 2020), vacating a judgment

 entered on 10 July 2018 by Judge Nathaniel J. Poovey in Superior Court, Gates

 County, and remanding for resentencing. Heard in the Supreme Court on 24 March

 2021.

 Joshua H. Stein, Attorney General, by Terence Steed, Special Deputy Attorney
 General, for the State-appellant.

 Glenn Gerding, Appellate Defender, by Emily Holmes Davis, Assistant
 Appellate Defender, for defendant-appellee.

 PER CURIAM.

¶1 Justice BERGER did not participate in the consideration or decision of this

 case. As to the appeal of right based on the dissenting opinion, the remaining

 members of the Court are equally divided, with three members voting to affirm and

 three members voting to reverse the decision of the Court of Appeals. Accordingly,

 the decision of the Court of Appeals is left undisturbed and stands without
 STATE V. PRINCE

 2021-NCSC-40

 Opinion of the Court

precedential value. See, e.g., Amward Homes, Inc. v. Town of Cary, 365 N.C. 305, 716

S.E.2d 849 (2011); State v. Pastuer, 365 N.C. 287, 715 S.E.2d 850 (2011).

 AFFIRMED.